STEVES ET AL. v. CARSON ET AL.

*Error to the Court of Appeals.*

Messrs. WILSON & STIMSON, for plaintiffs in error.

No appearance for defendants in error.

PER CURIAM.   The record in this cause presents the same question involved in the preceding case, *ante*, p. 280, and was submitted in connection therewith.   For the reasons given in the opinion in that case, the judgment of the court of appeals is reversed and the cause remanded.

*Reversed and remanded.*